**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6655**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM WISE MURRAY,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Dennis W. Shedd, District Judge. (CR-93-470-DWS)

---

Submitted:  December 29, 2000          Decided:  January 8, 2001

---

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Wise Murray, Appellant Pro Se.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Williams Wise Murray appeals the district court's margin order denying his motion filed under 18 U.S.C.A. § 3582 (West 2000). We have reviewed the record and find no reversible error. The district court may not modify a sentence under § 3582 once it has been imposed except in very narrow circumstances not applicable here. The district court therefore did not have jurisdiction to consider Murray's motion. Accordingly, we affirm the district court's denial of relief. We deny as moot Murray's motions for summary reversal and bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED